327 HAHN vs. RECORDERS' COURT JUDGE (Detroit), No. 14069½.

To grant a motion requiring the prosecuting attorney to furnish to defendant's counsel, in a criminal case, prior to the trial, a copy, or permit a copy to be made of an alleged confession of the defendant.

Order to show cause denied March 6, 1894.

328 VAN VRANKEN ET AL. vs. CIRCUIT JUDGE (Wayne), No. 11912, 85 M., 140.

To vacate an order requiring relator to furnish a bill of particulars, in an action for breach of contract where the damages are unliquidated.

Denied, without costs, April 15, 1891.

Held, that ordinarily an order requiring a bill of particulars will not be reviewed or disturbed, but in the present case the court went beyond what is properly required to be stated in a bill, and in such case the Supreme Court will correct the action of the trial court.